

# United States District Court
# Eastern District of California

| Katherine Smet | Case Number: | 2:26-cv-00694-DC-AC |

Plaintiff(s)

V.

| Compostic Limited |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Koushik Bhattacharya                          hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Compostic Limited

On _____01/18/2022_____ (date), I was admitted to practice and presently in good standing in the

_____State of New York_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: _____04/30/2026_____          Signature of Applicant: /s/ Koushik Bhattacharya

**Pro Hac Vice Attorney**

Applicant's Name: Koushik Bhattacharya

Law Firm Name: Hughes Hubbard & Reed, LLP

Address: 1775 I Street, MW

6th Floor

City: Washington       State: DC    Zip: 20006

Phone Number w/Area Code: (202) 271-4603

City and State of Residence: Washington, DC

Primary E-mail Address: koushik.bhattacharya@hugheshubbard.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kathryn Anne Coleman

Law Firm Name: Hughes Hubbard & Reed, LLP

Address: One Battery Park Plaza

16th Floor

City: New York       State: NY    Zip: 10004

Phone Number w/Area Code: (212) 837-6447       Bar # 110937

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 4, 2026

Dena Coggins
United States District Judge